**Opinion issued August 27, 2019**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-18-01110-CR

—————————————

**APRIL DIANE POVSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Case No. 15-CR-0106**

---

## MEMORANDUM OPINION

Appellant, April Povse, has filed a motion to dismiss her appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).